**Order entered April 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01084-CR

**ANDRE DJUNA HUBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-60671-M**

## ORDER

We **GRANT** appellant's April 1, 2013 motion to file his tendered brief under seal. Appellant's brief tendered to the Clerk of the Court on April 1, 2013 is **DEEMED** timely filed as of the date of this order.

The Clerk of the Court is **DIRECTED** to file appellant's brief under seal and to maintain State's Exhibit G under seal pending further order of the Court.

/s/     LANA MYERS
JUSTICE